**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

State of Arizona,                          )    No.  CR-25-08120-001-PCT-SPL
                                           )
                    Plaintiff,             )    **ORDER**
vs.                                        )
                                           )
Jonathan Dale Norrod,                      )
                                           )
                    Defendant.             )
_____        )

Before the Court is Defendant Jonathan Dale Norrod's Motion for Reconsideration (Doc. 5) and Motion for Writ of Mandamus (Doc. 7). On July 9, 2025, Defendant filed a Notice of Removal (Doc. 1), seeking to remove his criminal action from Verde Valley Justice Court to federal court. On July 17, 2025, this Court denied Defendant's Notice of Removal, finding that Defendant had not shown that the Court has removal jurisdiction over his criminal prosecution, and it directed the Clerk of Court to remand the action back to Verde Valley Justice Court. (Doc. 3).

Defendant's Motion for Reconsideration (Doc. 5) also fails to provide any valid basis for removal jurisdiction over this criminal matter, and it fails to cite any law or statute that would justify this Court reconsidering its prior decision. Furthermore, Defendant's Motion for Writ of Mandamus (Doc. 7) is improper, as the Court lacks jurisdiction to issue an order compelling a state court to take or refrain from some action. *See Demos v. United States Dist. Ct. for E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991) (stating district court "lacks jurisdiction to issue a writ of mandamus to a state court" and "attempts to

1  obtain a writ in this court to compel a state court to take or refrain from some action . . .

2  are frivolous as a matter of law").

3        Accordingly, Defendant's motions will be denied, and this case shall remain closed.

4  Defendant is cautioned that any future filings that are not authorized by the local and

5  federal rules will likewise be denied or stricken.

6        **IT IS THEREFORE ORDERED** that Defendant's Motion for Reconsideration

7  (Doc. 5) and Motion for Writ of Mandamus (Doc. 7) are **denied**.

8        Dated this 5th day of August, 2025.

9

10

11                                     Honorable Steven P. Logan
                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28